IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANNY O. CRUSE                                                          PLAINTIFF

v.                          Civil No. 05-2128

FRANKLIN COUNTY, ARKANSAS;
FRANKLIN COUNTY DETENTION CENTER;
JAIL ADMINISTRATION; MEDICAL
DEPARTMENT; JAILERS ON DUTY;
MEDICAL/GRIEVANCE REVIEW BOARD
MEMBERS; and SECURITY STAFF                                             DEFENDANTS

**ORDER**

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983, along with an in forma pauperis application. We find the complaint should be filed in forma pauperis, subject to a later determination of whether service of process should issue on defendants. The United States District Clerk is hereby directed to file the complaint and in forma pauperis application and collect the filing fee of $250.00.

IT IS SO ORDERED this 18th day of August 2005.

                                         _____
                                         HON. BEVERLY STITES JONES
                                         UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 18 2005
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

AO 72A
(Rev. 8/82)