```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

DANNY OVERTON CRUSE                                        PLAINTIFF

    v.                      No. 05-2128

FRANKLIN COUNTY;
REED HAYES, Franklin County
Sheriff; MARGARET LEWIS; JOSH
ROSS, Jailer; MATT HAMILTON,
Jailer; CHRIS MCCOY and DR.
GARRETH CARRICK                                           DEFENDANTS

## ORDER

    Now on this 28th day of December 2007, there comes on for consideration the report and recommendation filed herein on December 11, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 62). Plaintiff filed written objections to the report and recommendation (Doc. 63).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' motion for summary judgment (Doc. 61) is GRANTED and this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```